McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00234-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMES RAYMOND SYKES, | DATE: January 7, 2021 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on January 7, 2021.

2.   By this stipulation, defendant now moves to continue the status conference until February 4, 2021, and to exclude time between January 7, 2021, and February 4, 2021, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes written police reports, body camera video footage, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)   Counsel for defendant desires additional time to consult with his client and

1  discuss potential options for resolution and sentencing mitigation.

2        c)     Counsel for defendant believes that failure to grant the above-requested
3  continuance would deny him the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.

5        d)     The government does not object to the continuance.

6        e)     Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interest of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10  et seq., within which trial must commence, the time period of January 7, 2021 to February 4,
11  2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
12  T4] because it results from a continuance granted by the Court at defendant's request on the basis
13  of the Court's finding that the ends of justice served by taking such action outweigh the best
14  interest of the public and the defendant in a speedy trial.

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 4, 2021 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: January 4, 2021 | /s/ MICHAEL D. LONG<br>MICHAEL D. LONG<br>Counsel for Defendant<br>JAMES RAYMOND SYKES |

**ORDER**

IT IS SO ORDERED.

Dated: January 5, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE