1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:20-CR-00234-KJM
                                                    2:18-CR-00042-KJM
12                      Plaintiff,
                                          STIPULATION AND [PROPOSED] ORDER
13        v.                              RE: RELEASE UNDER THE BAIL REFORM
                                          ACT
14 JAMES RAYMOND SYKES,
                                          DATE:
15                      Defendant.        TIME:
                                          COURT: Hon. Carolyn K. Delaney
16

17      **STIPULATION RE: RELEASE UNDER THE BAIL REFORM ACT**

18        The defendant, James Raymond Sykes, has been in federal custody since November

19 25, 2020.  ECF 3, 2:20-MJ-00178-CKD.  On December 16, 2020, the defendant was

20 charged by information with felon in possession of a firearm, in violation of 18 U.S.C.

21 § 922(g)(1).  ECF 1, 2:20-CR-00234-KJM.  At the time of his arrest, the defendant was

22 serving a term of supervised release related to a prior federal firearms offense.  *See* 2:18-

23 CR-00042-KJM.  The defendant's term of supervised release is tolled while he is in

24 custody.

25        On December 25, 2020, the defendant submitted a motion for bail review.  ECF 11,

26 2:20-CR-00234-KJM.  On December 30, 2020, the parties appeared for a bail review

27 hearing.  ECF 12.  At the hearing, the parties and the Court discussed whether the

28 defendant could be released on pretrial supervision or returned to the supervision of the

STIPULATION RE: RELEASE                    1

1   probation officer.  The Court raised several issues related to the proposed release plan,

2   including whether the assigned probation officer was agreeable to continuing to supervise

3   the defendant.  Ultimately, the Court denied the motion for bail.

4        Subsequent to the December 30 hearing, the parties met and conferred regarding

5   the proposed release plan.  In addition, the parties contacted the assigned probation officer

6   and discussed the proposed release plan.  The assigned probation officer is not opposed to

7   supervising the defendant should the defendant be released by the Court on the original

8   terms of supervision.  *See* Judgment, ECF 81, 2:18-CR-00042-KJM.

9        On January 25, 2021, the defendant entered a guilty plea to the sole charge in the

10  information and admitted to the sole charge in the supervised release petition.  ECF 20,

11  2:20-CR-00234-KJM.  Sentencing is currently scheduled for July 12, 2021.

12       For the reasons set for in the defendant's motion for bail review and the reasons

13  discussed at the December 30, 2020 bail review hearing, the parties stipulate and agree

14  that the defendant should be released pending sentencing in this matter.  The parties

15  stipulate that, pursuant to 18 U.S.C. § 3143(a)(2)(B), the defendant has shown by clear

16  and convincing evidence that the defendant is not likely to flee or pose a danger to any

17  other person or the community.

18       By this stipulation, the parties jointly request that the Court release the defendant

19  on the following conditions:

20       1.  The defendant is released subject to all of the previously imposed terms and

21           conditions of the Judgment in Case No. 2:18-CR-0042-KJM, docket number 81.

22       2.  The defendant shall be supervised by assigned probation officer Garey White.

23       3.  The defendant shall call the assigned probation officer within 24 hours of his

24           release from custody.

25       4.  The defendant shall meet with his probation officer on the first business day

26           following his release from custody.

27       5.  The defendant shall live with his father at 2312 Villanova Circle #6,

28           Sacramento, California. The defendant shall not spend the night at any other

location without the prior approval of the assigned probation officer.

6. The defendant's father shall report any violations of the terms of supervised release directly to the assigned probation officer.

IT IS SO STIPULATED.


Dated:  February 12, 2021                    McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney


Dated:  February 12, 2021                    /s/ MICHAEL D. LONG
                                             MICHAEL D. LONG
                                             Counsel for Defendant
                                             James Sykes

**[PROPOSED]** ORDER

Based on the request of the parties, the Court adopts the proposed finding and orders the defendant released on the following conditions:

1. The defendant is released subject to all of the previously imposed terms and conditions of the Judgment in Case No. 2:18-CR-0042-KJM, docket number 81.

2. The defendant shall be supervised by assigned probation officer Garey White.

3. The defendant shall call the assigned probation officer within 24 hours of his release from custody.

4. The defendant shall meet with his probation officer on the first business day following his release from custody.

5. The defendant shall live with his father at 2312 Villanova Circle #6, Sacramento, California. The defendant shall not spend the night at any other location without the prior approval of the assigned probation officer.

6. The defendant's father shall report any violations of the terms of supervised release directly to the assigned probation officer.

.

IT IS SO ORDERED

Dated:  February 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE