UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 16, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JAMES RAYMOND SYKES,

      Defendant.

Case No.  2:20-cr-234-KJM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES RAYMOND SYKES ,

Case No.  2:20-cr-234-KJM  Charge 18 USC § 922(g)(1) , from custody for the

following reasons:

    X    Release on Personal Recognizance on same conditions

        previously imposed in 18-cr-42, ECF No. 81 and 139.

        Bail Posted in the Sum of $

            Unsecured Appearance Bond $

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety

            Corporate Surety Bail Bond

            (Other):

Issued at Sacramento, California on February 16, 2021 at _9:15 am_____.

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney